

Stamatios Stamoulis
stamoulis@swdelaw.com

**VIA CM/ECF AND HAND**

March 9, 2018

The Honorable Richard G. Andrews
United States District Court - District of Delaware
844 N. King St.
Wilmington, DE 19801

Re: <u>Finnavations LLC v. Odoo, Inc. – Case No: 1:17-cv-01595-RGA</u>

Dear Judge Andrews:

    This letter provides an update in the above captioned matter. Plaintiff is still actively trying to reach Odoo, Inc. ("Defendant") but has not spoken with a Defendant representative to date. Plaintiff is preparing a request for a protective order to serve subpoenas on Defendant's customers and plans to file said request with a Motion for Default Judgment by no later than March 30, 2018.

    We are available at the Court's convenience should Your Honor have any questions regarding the foregoing.

Respectfully Submitted,

Stamatios Stamoulis (#4606)
of Stamoulis & Weinblatt LLC