**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FINNAVATIONS LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 1:17-cv-01595-RGA |
| ODOO, INC., | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AND A PROTECTIVE ORDER

Upon the accompanying Brief and exhibits thereto, Plaintiff Finnavations LLC hereby moves this Court for entry of Default Judgment against Odoo, Inc. and entry of a Protective Order to facilitate third-party damages-related discovery.

Dated: February 21, 2018

STAMOULIS & WEINBLATT LLC

____/s/ Stamatios Stamoulis _____

Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

Attorneys for Plaintiff
Finnavations LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018, I electronically served the forgoing document on all counsel of record in this action.

/s/ Stamatios Stamoulis
Stamatios Stamoulis #4606