**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| FINNAVATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ODOO, INC.,<br><br>    Defendant. | Civil Action No. 1:17-cv-01595-RGA |

### [PROPOSED] JUDGMENT AGAINST ODOO, INC.

On this **5** day of **April**, 2018, having considered Finnavations LLC's ("Plaintiff") Motion for Entry of Default Judgment against Odoo, Inc. ("Defendant"), IT IS HEREBY ORDERED that the motion is granted.

IT IS FURTHER ORDERED that:

1. All allegations in Plaintiff's Complaint for patent infringement against Defendant (D.I. 1), other than those directly relating to damages, are deemed to be true.

2. Defendant is adjudged to have infringed U.S. Patent No. 9, 569,755.

3. The claims of U.S. Patent No. 9, 569,755 are adjudged to be enforceable and not invalid as to Defendant.

4. Defendant is ordered to pay damages to Plaintiff in an amount to be determined a future date.

5. Plaintiff is granted a period of time for discovery to determine the amount of damages.

                                              _/s/ Richard G. Andrews_
                                              UNITED STATES DISTRICT JUDGE